Name: Otha Ford
Street Address: 1912 Carver St
City and County: Bakersfield / Kern
State and Zip Code: CA 93307
Telephone Number: 702-444-8162

FILED

FEB 07 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Otha Ford

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Kern High School District

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22-CV-00159-JLT-BAK
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Otha Ford
   Street Address: 1912 Carber Street
   City and County: Bakersfield / Kern
   State and Zip Code: CA 93307
   Telephone Number: 702-444-8162

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Kern High School District
   Job or Title (if known): John Cliner Director
   Street Address: 3701 E. Belle Terrace Ste A
   City and County: Bakersfield / Kern
   State and Zip Code: CA 93307
   Telephone Number: 661-833-0870

   Defendant No. 2
   Name: Kern High School
   Job or Title (if known): Shannon Hawkins SRC
   Street Address: 5801 SunDale Ave O
   City and County: Bakersfield / Kern
   State and Zip Code: CA 93309
   Telephone Number: 661 827-3100

2

Defendant No. 3
    Name: Allen Paradise
    Job or Title (if known): Human Resource
    Street Address: 5801 Sundale Ave
    City and County: Bakersfield
    State and Zip Code: CA, 93309
    Telephone Number: 661 827-3205

Defendant No. 4
    Name: Alfonso Valdez
    Job or Title (if known): Assistant Director of M.O./MATT Despot Plant Supervisor
    Street Address: 3701 E Belle Terrace STE A
    City and County: Bakersfield / Kern
    State and Zip Code: CA, 93307
    Telephone Number: (661) 827-3181

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question      ☑ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(Tort) Tort 9 years of medical Negligence Denied for my back injury. SISC Systemic Discrimination at the work place... Illegal motives to to a workers comp claim they keep Denying.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, (name) Otha Ford, is a citizen of the State of (name) California.

    b.  If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, (name) Kern High School, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* Kern High School District, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am asking compensation of pain and suffering $10,000,000 for the verbal threats of been killed by Defendant Head employees.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Discrimination / Harrasment / Prejudice Place of Employment for Kern High School District since 1/23/13 and has continued and still is going on. 9/27/21

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damages for Mental & Emotional Distress, Negligence claims Consequential Damage and Malice Intentional Harm Pain And Suffering, Defamation of character Tort, Sexual Harassment, picture of Monkeys.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb, 1, 2022

Signature of Plaintiff  Otha Ford  PRO-SE
Printed Name of Plaintiff  OTHA FORD



THE MONKEY ON MY SUPPLE BOX!!!!!
I am the only Black person there??
Plus I got pictures of Human Feces on the BATHROOM WALL..

9/27/21