UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHA FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-0159 JLT BAK (SAB)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 9) |

　　　Otha Ford, proceeding *pro se* and *in forma pauperis*, initiated this action asserting she suffered "9 years of medical negligence;" discrimination, harassment, and prejudice in the workplace; negligence; and denial of a worker's compensation claim. (*See* Doc. 1 at 4-6.)

　　　The assigned magistrate judge screened the complaint and determined Plaintiff failed to state a cognizable claim. (Doc. 5.) Plaintiff then filed an amended complaint, which the magistrate judge determined did not include a cognizable claim and dismissed with leave to amend. (Docs. 6, 7.) Plaintiff filed a Second Amended Complaint, asserting the Kern High School District was "defaming [her] name." (Doc. 8 at 2.) Plaintiff also alleged she suffered "discrimination at the work place / harassment" and that her "Federal Rights" were violated. (*Id.* at 3, emphasis omitted.) The magistrate judge reviewed the SAC pursuant to 28 U.S.C. § 1915(e)(2), and found Plaintiff failed to state a cognizable claim. (Doc. 9 at 3-6.) The magistrate judge observed that Plaintiff "repeatedly failed to cure" the pleading deficiencies identified by the Court in its prior screening orders. (*Id.* at 4.) Thus, the

1  magistrate judge recommended the action be dismissed on May 6, 2022.  (*Id.* at 6-7.)

2        The Court granted Plaintiff 14 days to file objections to the Findings and Recommendations of
3  the magistrate judge.  (Doc. 9 at 7.)  The Court advised Plaintiff "that failure to file objections within
4  the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772
5  F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).). To date, she
6  had not filed objections, and the deadline to do so has passed.

7        According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.
8  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations
9  are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

10     1.    The Findings and Recommendations issued on May 6, 2022 (Doc. 9), are **ADOPTED**
11         in full.
12     2.    This action is **DISMISSED** without prejudice.
13     3    The Clerk of Court is directed to close this action.

14
15 IT IS SO ORDERED.

16    Dated:   **May 25, 2022**                                                      _____
17                                                       UNITED STATES DISTRICT JUDGE

2